HON..BAYARD T. HAINER,
HON. BENJ. F. BURWELL,
HON. CLINTON F. IRWIN,
HON. FRANK E. GILLETTE.   } ASSOCIATE JUSTICES.
HON J. L. PANCOAST,
HON. JAMES K. BEAUCHAMP,

---

R. F. ELLINGER, *et al.* v. J. F. DENNISON *et al.*

*Error from the District Court of Cleveland County; before*
*C. F. Irwin, Trial Judge.*

*Flynn & Ames* and *R. A. Kleinschmidt,* for plaintiffs in
error.

B. F. *Wolf, County Attorney, C. L. Botsford, James*
*M. Gresham,* and *Mosier & Dudley,* for defendants in error.

PER CURIAM.: In this case the record presents the same facts as were presented in case of *G. W. Giles, v. J. F. Dennison et al.,* No. 1535, decided by this court at the last term, and the same propositions of law are involved: and upon that authority the judgment of the district court of Cleveland county will be affirmed at costs of plaintiffs in error.

Irwin, J., who presided in the court below, not sitting; all the other Justices concurring.